Alexander Akerman (State Bar No. 280308)
**ALSTON & BIRD LLP**
333 South Hope Street
Sixteenth Floor
Los Angeles, California 90071
Telephone:   (213) 576-1000
Facsimile:    (213) 576-1100
Email: alex.akerman@alston.com

Kristine M. Brown (admitted *pro hac vice*)
Donald M. Houser (admitted *pro hac vice*)
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
Email: Kristy.Brown@alston.com
Email: Donald.Houser@alston.com

Attorneys for Defendant
**U.S. Bank National Association**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MAAG, ANTHONY BELL, WENDELL COVAL, AND NICK STERNAD, individually, and on behalf of a class of similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. BANK, NATIONAL ASSOCIATION,<br><br>Defendant. | Case No.:  3:21-cv-00031-H-LL<br>Honorable Marilyn L. Huff<br><br>**DEFENDANT'S NOTICE OF MOTION TO DISMISS SECOND AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM UNDER RULE 12(b)(6)**<br><br>Complaint Filed: November 9, 2020<br>Second Amended Complaint filed: February 2, 2021<br><br>Date: April 12, 2021<br>Time: 10:30 a.m.<br>Courtroom: TBD |

# NOTICE OF MOTION TO DISMISS

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on April 12, 2021, at 10:30 a.m., or as soon thereafter as the matter may be heard, Defendant U.S. Bank National Association ("U.S. Bank") will move for an order dismissing Plaintiff Robert Maag's ("Plaintiff") Second Amended Complaint ("SAC") with prejudice pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure ("FRCP"). As more specifically set forth in the attached Memorandum of Points and Authorities, the motion will be brought on grounds that:

(1) Plaintiff does not state a claim for violation of the California Consumer Privacy Act ("CCPA") because he does not plausibly allege that U.S. Bank failed to implement reasonable security procedures and practices resulting in the Server Theft.

(2) Plaintiff's claim under California's Unfair Competition Law ("UCL") fails because Plaintiff does not and cannot plausibly allege that he lacks an adequate remedy at law. Plaintiff's UCL claim fails for the additional reasons that he lacks standing to assert a UCL claim and he does not plausibly allege any "unlawful" or "unfair" conduct required to state a UCL claim.

The motion will be based upon this Notice of Motion and the Memorandum of Points and Authorities submitted concurrently with this Notice, the argument of counsel (if permitted by the Court), and such other and further matters brought promptly to the attention of the Court.

Dated: March 9, 2021                    Respectfully submitted,

                                          **ALSTON & BIRD LLP**
                                          ALEXANDER AKERMAN

                                          /s/Alexander Akerman
                                          ALEXANDER AKERMAN
                                          Attorney for Defendant U.S. Bank National Association

# **CERTIFICATE OF SERVICE**

I hereby certify that on March 9, 2021, I electronically filed the **NOTICE OF MOTION TO DISMISS SECOND AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM UNDER RULE 12(b)(6)** with the Clerk of the Court for the United States District Court, Southern District of California by using the Court's CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the United States that the forgoing is true and correct.

Executed on the 9th day of March, 2021 at Los Angeles, California.

       /s/ Alexander Akerman
      ALEXANDER AKERMAN